# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                NO.     4:05CR00109-10 JLH

CALVIN BROWN                                                                              DEFENDANT

## ORDER

Defendant Calvin Brown has filed a Motion for Reconsideration of Detention, or in the alternative, for Acceleration of Sentencing Hearing (Docket #410). The motion is granted in part and denied in part. The request for reconsideration of detention is denied, however, the Court will proceed with setting defendant's sentencing date by separate notice.

IT IS SO ORDERED this 12th day of July, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE