# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             NO. 4:05CR00109-10 JLH

CALVIN BROWN             DEFENDANT

## ORDER

The hearing on the pending Motion to Revoke Supervised Release previously set for Friday, December 18, 2009, is hereby rescheduled to begin on **THURSDAY, DECEMBER 17, 2009, at 10:30 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously imposed should not be revoked. Document #689.

IT IS SO ORDERED this 9th day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE